United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MANN,<br><br>   Plaintiff,<br><br> v.<br><br>DR. C. LEE, et al.,<br><br>   Defendants.<br>_____ | No. C 07-0781 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 29)** |

  GOOD CAUSE APPEARING, defendants' request for an extension of time to file a dispositive motion is hereby GRANTED. Defendants shall file a dispositive motion no later than **May 26, 2009**. Within **thirty** days of the date such dispositive motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto. Defendants <u>shall</u> file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

  This order terminates Docket No. 29.

  IT IS SO ORDERED.

DATED: February 26, 2009

              _____
              MAXINE M. CHESNEY
              United States District Judge