IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MANN,<br><br>           Plaintiff,<br><br>  v.<br><br>DR. C. LEE, et al.,<br><br>           Defendants.<br>_____ | No. C 07-0781 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 31)** |

        GOOD CAUSE APPEARING, defendants' request for an extension of time to file a dispositive motion is hereby GRANTED.  Defendants shall file a dispositive motion no later than **June 26, 2009**.  Within **thirty** days of the date such dispositive motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto.  Defendants shall file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

        This order terminates Docket No. 31.

        IT IS SO ORDERED.

DATED: June 2, 2009

                                              _____
                                              MAXINE M. CHESNEY
                                              United States District Judge