United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MANN, | No. C 07-0781 MMC (PR) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME; DENYING MOTION FOR HEARING ON ENTRY OF DEFAULT JUDGMENT** |
| v. | |
| DR. C. LEE, et al., | |
| Defendants. | **(Docket Nos. 36, 37)** |

GOOD CAUSE APPEARING, plaintiff's request for an extension of time to file opposition to defendants' motion for summary judgment is hereby GRANTED.  Plaintiff shall file his opposition no later than **November 16, 2009**.  Defendants shall file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

Plaintiff moves the Court for a hearing with respect to his request for entry of default judgment as to defendants Dr. Lee and Dr. Milner.  Contrary to plaintiff's assertion that neither Dr. Lee nor Dr. Milner has filed the requisite dispositive motion, however, the record shows that the motion filed July 27, 2009 was filed on behalf of all three defendants to the instant action, specifically, Dr. Bowman, Dr. Lee and Dr. Milner.  (Docket No. 33.)  Consequently, default judgment will not be entered as to any defendant, and plaintiff's motion for a hearing is hereby DENIED.

This order terminates Docket Nos. 36 and 37.

IT IS SO ORDERED.

DATED: September 24, 2009

_____
MAXINE M. CHESNEY
United States District Judge