IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSE MANN,

        Plaintiff,

  v.

DR. C. LEE, et al.,

        Defendants.
                                        /

No. CV-07-0781 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion for summary judgment is hereby GRANTED.

Dated: March 31, 2010

                                                  Richard W. Wieking, Clerk

                                                  By: Tracy Lucero
                                                  Deputy Clerk